UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GLAM AND GLITS NAIL DESIGN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKY BEAUTY, LLC, a New Jersey limited liability company; IDEAL SALON SOLUTIONS, LLC, a New Jersey limited liability company; and SAIGON NAIL SUPPLY, an entity of unknown business structure,<br><br>Defendants. | CASE NO. 16-cv-1271-JLS-KES (consolidated with CASE NO. 16-cv-1558 JLS-KES)<br><br>The Honorable Josephine L. Staton<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Glam and Glits Nail Design, Inc., and Defendants Sky Beauty, LLC, Ideal Salon Solutions, LLC, and Saigon Nail Supply jointly have moved the Court to dismiss this patent lawsuit with prejudice, citing a settlement of the claims between the parties.

Because good cause appears to support the Joint Motion to Dismiss, this Motion is **GRANTED**.  It is **ORDERED, ADJUDGED, AND DECREED** that all claims and counterclaims asserted in this consolidated suit between Plaintiff Glam and Glits Nail Design, Inc., and Defendants Sky Beauty, LLC, Ideal Salon Solutions, LLC, and Saigon Nail Supply are hereby dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: _____  _____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE